# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 982
:
REAPPOINTMENTS TO THE JUDICIAL : SUPREME COURT RULES DOCKET
ETHICS ADVISORY BOARD AND :
DESIGNATION OF CHAIR AND VICE- :
CHAIR :

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of March, 2024, pursuant to Rule 104(c) of the Pennsylvania Rules of the Judicial Ethics Advisory Board, the Honorable David J. Barton, Allegheny County, the Honorable Linda R. Fleming, Cambria County, and Jayne F. Duncan, Esquire, Lancaster County, are hereby reappointed as members of the Judicial Ethics Advisory Board for a term of six years, commencing April 1, 2024.

    The Honorable Linda R. Fleming is designated as Chair, and the Honorable Stephen P. B. Minor is designated as Vice-Chair, for a period of two years, commencing April 1, 2024.